**DENY AND DISMISS and Opinion Filed September 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00532-CV

## PORTER GREEN, LLC, GREG A. GILLUM AND LYNNE R. GILLUM, Appellants
## V.
## MICHAEL TIMPSON AND VICKI TIMPSON, Appellees

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. CV-21-0786

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court are the respective petitions for permissive appeal filed by appellants. The petitions fail to meet each requirement set forth in Texas Rule of Appellate Procedure 28.3(e). Accordingly, we deny the petitions and dismiss the appeal for want of jurisdiction. *See id.*; 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220532F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PORTER GREEN, LLC, GREG A.
GILLUM, AND LYNNE R.
GILLUM, Appellants

No. 05-22-00532-CV          V.

MICHAEL TIMPSON AND VICKI
TIMPSON, Appellees

On Appeal from the 397th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. CV-21-0786.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DENY** the parties' respective petitions for permissive appeal and **DISMISS** the appeal.

It is **ORDERED** that appellees MICHAEL TIMPSON AND VICKI TIMPSON recover their costs of this appeal from appellants PORTER GREEN, LLC, GREG A. GILLUM, AND LYNNE R. GILLUM.

Judgment entered September 16, 2022